IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LIBERTY PEAK VENTURES, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:23-cv-00518 |
| FISERV, INC. AND FISERV SOLUTIONS, LLC, | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**SUMMONS IN A CIVIL ACTION**

To:

Fiserv Solutions, LLC
c/o Corporation Service Company dba
CSC- Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are the United States or United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a) (2) of (3)- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terry A. Saad
BRAGALONE OLEJKO SAAD PC
901 Main Street, Suite 3800
Dallas, Texas 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file you answer or motion with the court.

CLERK OF THE COURT

Date:  **11/13/2023**

*David A. O'Toole*

*Signature of Clerk or Deputy Clerk*

SUMMONS (Fiserv Solutions, LLC) – Page 1

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides

there, on *(date)* _____, and mailed a copy to the individual's last know address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**SUMMONS (Fiserv Solutions, LLC***) – Page 2*