IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LIBERTY PEAK VENTURES, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>FISERV INC, FISERV SOLUTIONS, LLC,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 2:23-CV-00518-JRG<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

Before the Court is the Joint Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff Liberty Peak Ventures, LLC and Defendants Fiserv Inc. and Fiserv Solutions, LLC (collectively, the "Parties"). (Dkt. No. 14). In the Stipulation, the Parties stipulate to dismissal with prejudice of all claims in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.* at 1).

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 2nd day of January, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE